# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

JS-6

| | |
|---|---|
| **KALLEH, INC.,** also known as Sherkate Tolide Faravardehaye Labani Kalleh Private Joint Stock Company, an Iranian Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**PARVIZ AREFIAN** and **KAHLEH FOOD INDUSTRY, LLC,** a California Limited Liability Company<br><br>Defendants. | Case No. 8:14-cv-00271 JVS (JPRx)<br><br>**STIPULATED INJUNCTION** |

The Plaintiff and Defendant Parviz Arefian having stipulated to the entry of this injunction as part of a written settlement agreement, and in accordance with Rule 65 (d) of the Federal Rules of Civil Procedure, the Court hereby Orders as follows:

1. Parviz Arefian and all those acting in concert with him, having notice of this Order by personal service, electronic mail, or otherwise, and each of them, shall be immediately and permanently enjoined and restrained from using or attempting to register the trademarks KALLEH, the KALLEH Logo, and ⬭ as embodied in United States Trademark Registration Nos. 3,164,568, and 4,177,672, United States Trademark Application Nos. 79/122,225 and 79/129,862, or any similar trademarks or logos, on or in connection with the packing, sale, offering for sale, distribution, marketing, advertising, promotion or labeling of any food or beverage product, or other goods or services, or otherwise engaging in any other acts or

STIPULATED INJUNCTION

1

conduct which would cause consumers to erroneously believe that its goods or services are sponsored by, authorized by, licensed by, or in any other way associated with Plaintiff.

2. Parviz Arefian and all those acting in concert with him, having notice of this Order by personal service, electronic mail, or otherwise, shall be immediately and permanently enjoined and restrained from using, or forming any business that uses, the business name "Kahleh Food Industry, LLC" or any business name containing "Kahleh" or "Kalleh", or any similar term, whether in English or Farsi.

4. Parviz Arefian and all those acting in concert with him, having notice of this Order by personal service, electronic mail, or otherwise, shall be immediately and permanently enjoined and restrained from taking any steps to interfere with, contest, or challenge the right of Plaintiff, its parents, subsidiaries, affiliated companies and licensees to full use, enjoyment, and registration of the trademark the trademarks KALLEH, the KALLEH Logo, and [logo] as embodied in United States Trademark Registration Nos. 3,164,568, and 4,177,672, United States Trademark Application Nos. 79/122,225 and 79/129,862, or any similar trademarks or logos.

5. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

*[signature]*

Dated: April 24, 2014

Hon. James V. Selna
United States District Judge

STIPULATED INJUNCTION

2